FILED
United States Court of Appeals
Tenth Circuit

May 6, 2019

Elisabeth A. Shumaker
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

---

ARTHUR MCKEE WISEHART,

    Plaintiff - Appellant,

v.

ARTHUR DODSON WISEHART,
WISEHART SPRINGS INN, CHARLES
WINSTON WISEHART,

    Defendants - Appellees.

No. 19-1090
(D.C. No. 1:18-CV-00021-MSK-NYM)
(D. Colo.)

---

**ORDER**

---

Before **TYMKOVICH**, Chief Judge, **McHUGH** and **CARSON**, Circuit Judges.

---

We raise *sua sponte* the question of whether this court has jurisdiction to consider this appeal. Arthur M. Wisehart, proceeding pro se, filed a notice of appeal of the district court's March 5, 2019 opinion and order denying his motion for summary judgment.

Generally, this court's jurisdiction is limited to review of final decisions. 28 U.S.C. § 1291; see also Utah v. Norton, 396 F.3d 1281, 1286 (10th Cir. 2005) (describing final decisions as those that end the litigation on the merits and leave nothing for the court to do but execute the judgment). "As a general rule, the denial of summary judgment is not a final decision within the meaning of 28 U.S.C. § 1291, and is, therefore, not appealable." Moore v. City of Wynnewood, 57 F.3d 924, 928 (10th Cir. 1995). Review of the district court docket reflects that the district court has not yet

entered a final decision. Mr. Wisehart's response to this court's show cause order does not establish that this court has jurisdiction to consider the district court's March 5, 2019 opinion and order at this time.

**APPEAL DISMISSED.**

        Entered for the Court
        ELISABETH A. SHUMAKER, Clerk

        by: Lindy Lucero Schaible
            Counsel to the Clerk